UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00319-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ERIC STRAITE,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervision. The court will only consider terminating supervision early when requested to do so by the supervising officer. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervision (#2) is DENIED without prejudice.

Signed: May 10, 2013

Max O. Cogburn Jr.
United States District Judge